UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | SAWYER, LATASHA M | § | Case No. 08-13798 |
| | | § | |
| | KING, LATASHA M | § | |
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 02/28/2012 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/17/2012         By:    /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: SAWYER, LATASHA M | § | Case No. 08-13798 |
|---|---|---|
| | § | |
| KING, LATASHA M | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 120,002.65 |
| *and approved disbursements of* | $ | 26,043.45 |
| *leaving a balance on hand of* [1] | $ | 93,959.20 |
| **Balance on hand:** | $ | 93,959.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 93,959.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 6,561.15 | 0.00 | 6,561.15 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 7,659.00 | 0.00 | 7,659.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 177.02 | 0.00 | 177.02 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 967.50 | 0.00 | 967.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 15,364.67 |
| Remaining balance: | $ | 78,594.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 78,594.53 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 78,594.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,899.26 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sir Finance | 1,789.00 | 0.00 | 1,789.00 |
| 2 | Roundup Funding, LLC | 110.26 | 0.00 | 110.26 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,899.26 |
| Remaining balance: | $ | 76,695.27 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 22,695.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Nissan-Infiniti LT | 19,583.13 | 0.00 | 19,583.13 |
| 4 | PHARIA L.L.C. | 308.00 | 0.00 | 308.00 |
| 5 | Keynote Consulting | 1,248.99 | 0.00 | 1,248.99 |
| 6 | Palisades Collections LLC | 1,555.25 | 0.00 | 1,555.25 |

Total to be paid for tardy general unsecured claims: $ 22,695.37
Remaining balance: $ 53,999.90

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 53,999.90

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 2.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,020.21. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 51,979.69.

UST Form 101-7-NFR (10/1/2010)

Case 08-13798   Doc 41   Filed 01/17/12   Entered 01/17/12 12:28:53   Desc Main
Document      Page 5 of 5

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 08-13798-ERW
Latasha M Sawyer                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: wepps              Page 1 of 3              Date Rcvd: Jan 19, 2012
                                Form ID: pdf002          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2012.
```
db         +Latasha M Sawyer,    19917 Terrace Ave,    Lynwood, IL 60411-1309
12281504   #+Account Receivable Mmgt. of Florida,    9000 Regency Square Blvd,    Ground Floor,
             Jacksonville, FL 32211-8115
12281506  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
             Norcross, GA 30091)
12281507   +Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912
12281512   +HSBC Nv/GM Card,    Hsbc Card Srvs Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12281513   +Jade Kyles,    5837 Calumet Avenue,    Chicago, IL 60637-1381
12281514   +Keynote Consulting,    220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
12281515   +My Cash Now,    9000 Regency Square Blvd,    Jacksonville, FL 32211-8155
17420030    Nissan-Infiniti LT,    PO Box 660366 Dallas  TX 75266-0366
12281516   +Nissan-infiniti Lt,    Attn: Bankruptcy,    Po Box 660366,    Dallas, TX 75266-0366
12281518   +Palisades Collections,    Attn: Bankruptcy,    Po Box 1244,    Englewood Cliffs, NJ 07632-0244
12281523  ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
            (address filed with court: Triad Financial Corp,    5201 Rufe Snow Dr  Ste 400,
             North Richland Hills, TX 76180)
12281522   +Target,    Po Box 9475,    Minneapolis, MN 55440-9475
12281525   +University Of Phoenix,    4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
12281527   +Victoria's Secret,    Wfnnb-Victoria'S Secret,    Po Box 182125,    Columbus, OH 43218-2125
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12281505   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 20 2012 01:41:26     Asset Acceptance,
             Attn: Bankruptcy,   Po Box 2036,    Warren, MI 48090-2036
12281509   +E-mail/Text: collectionsbk@glcu.org Jan 20 2012 02:01:37     Great Lakes Cr Un,
             2525 Green Bay Rd,    North Chicago, IL 60064-3082
12281510   +E-mail/Text: bkynotice@harvardcollect.com Jan 20 2012 01:44:04     Harvard Coll,   4839 N Elston,
             Chicago, IL 60630-2589
12281511   +E-mail/Text: bkynotice@harvardcollect.com Jan 20 2012 01:44:04     Harvard Collection,
             4839 N Elston Ave,    Chicago, IL 60630-2589
17440241   +E-mail/Text: bncmail@w-legal.com Jan 20 2012 03:22:12     PHARIA L.L.C.,
             c/o WEINSTEIN & RILEY, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
17578671    E-mail/Text: ebn@vativrecovery.com Jan 20 2012 01:59:51     Palisades Collections LLC,
             Vativ Recovery Solutions LLC dba SMC,    POB 40728,    Houston, TX  77240-0728
12281519   +E-mail/Text: SBONNEMA@ROGENT.COM Jan 20 2012 01:43:45     Rogers & Hol,   Po Box 879,
             Matteson, IL 60443-0879
13072819    E-mail/Text: resurgentbknotifications@resurgent.com Jan 20 2012 01:39:36     Roundup Funding, LLC,
             MS 550,   PO Box 91121,    Seattle, WA 98111-9221
12281520   +E-mail/PDF: pa_dc_claims@salliemae.com Jan 20 2012 06:00:20     Sallie Mae 3rd Pty Lsc,
             Attn: Claims Dept,    Po Box 9400,    Wilkes Barre, PA 18773-9400
12281521   +E-mail/Text: irma@sirfinance.com Jan 20 2012 01:43:46     Sir Finance,   6140 N Lincoln Ave,
             Chicago, IL 60659-2318
12281524   +E-mail/Text: bnc@ursi.com Jan 20 2012 01:59:21     United Recovery Systems,   5800 N Course Drive,
             Houston, TX 77072-1613
12281526   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 20 2012 06:10:15     Verizon Wireless,
             Po Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12281508  ##+Friedmans Jewelers,    Attention: Bankruptcy Department,    Po Box 702628,    Dallas, TX 75370-2628
12281517  ##+Option One Mortgage Co,    4600 Touchton Road East   Building 200,   Jacksonville, FL 32246-4410
                                                                                               TOTALS: 0, * 0, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: wepps              Page 2 of 3              Date Rcvd: Jan 19, 2012
                              Form ID: pdf002          Total Noticed: 27

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 21, 2012**                **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: wepps              Page 3 of 3            Date Rcvd: Jan 19, 2012
                              Form ID: pdf002          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2012 at the address(es) listed below:

        Eugene Crane    on behalf of Trustee Eugene Crane ecrane@craneheyman.com, mjoberhausen@craneheyman.com;gheyman@craneheyman.com
        Eugene Crane    ecrane@craneheyman.com, il41@ecfcbis.com;mjoberhausen@craneheyman.com;gheyman@craneheyman.com
        Jason R Allen    on behalf of Debtor Latasha Sawyer NDILnotices@legalhelpers.com, CourtNotice@legalhelpers.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4