**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SAWYER, LATASHA M           § Case No. 08-13798
                                   §
       KING, LATASHA M             §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $5,749.79 |
| Total Distribution to Claimants: $26,614.84 | Claims Discharged Without Payment: $19,953.00 |
| Total Expenses of Administration: $39,608.12 | |

    3) Total gross receipts of $ 120,003.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 53,780.48 (see **Exhibit 2**), yielded net receipts of $66,222.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,014.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,608.12 | 39,608.12 | 39,608.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,142.00 | 28,170.09 | 26,614.84 | 26,614.84 |
| **TOTAL DISBURSEMENTS** | $61,156.00 | $67,778.21 | $66,222.96 | $66,222.96 |

4) This case was originally filed under Chapter 7 on May 30, 2008. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/18/2012          By: /s/EUGENE CRANE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 C 5907 Sexual Harassment Lawsuit | 1149-000 | 120,000.00 |
| Interest Income | 1270-000 | 3.44 |
| **TOTAL GROSS RECEIPTS** | | **$120,003.44** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Latasha Sawyer | Exemption to Debtor | 8100-002 | 1,800.00 |
| SAWYER, LATASHA M | Dividend paid 100.00% on $51,980.48; Claim# SURPLUS; Filed: $51,980.48; Reference: | 8200-000 | 51,980.48 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$53,780.48** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Triad Financial Corp | 4110-000 | 19,014.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$19,014.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 6,561.15 | 6,561.15 | 6,561.15 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 7,659.00 | 7,659.00 | 7,659.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 177.02 | 177.02 | 177.02 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 967.50 | 967.50 | 967.50 |
| United States Treasury | 2810-000 | N/A | 18,979.00 | 18,979.00 | 18,979.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 4,807.00 | 4,807.00 | 4,807.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 237.99 | 237.99 | 237.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 219.46 | 219.46 | 219.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 193.06 | 193.06 | 193.06 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -193.06 | -193.06 | -193.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 39,608.12 | 39,608.12 | 39,608.12 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sir Finance | 7100-000 | 0.00 | 1,789.00 | 1,789.00 | 1,789.00 |
| 1I | Sir Finance | 7990-000 | N/A | 146.95 | 146.95 | 146.95 |
| 2 | Roundup Funding, LLC | 7100-000 | 0.00 | 110.26 | 110.26 | 110.26 |
| 2I | Roundup Funding, LLC | 7990-000 | N/A | 9.06 | 9.06 | 9.06 |
| 3 | Nissan-Infiniti LT | 7200-000 | 19,583.00 | 19,583.13 | 19,583.13 | 19,583.13 |
| 3I | Nissan-Infiniti LT | 7990-000 | N/A | 1,608.56 | 1,608.56 | 1,608.56 |
| 4 | PHARIA L.L.C. | 7200-000 | 308.00 | 308.00 | 308.00 | 308.00 |
| 4I | PHARIA L.L.C. | 7990-000 | N/A | 25.30 | 25.30 | 25.30 |
| 5 | Keynote Consulting | 7200-000 | 1,249.00 | 1,248.99 | 1,248.99 | 1,248.99 |
| 5I | Keynote Consulting | 7990-000 | N/A | 102.59 | 102.59 | 102.59 |
| 6 | Palisades Collections LLC | 7200-000 | 1,049.00 | 1,555.25 | 1,555.25 | 1,555.25 |
| 6I | Palisades Collections LLC | 7990-000 | N/A | 127.75 | 127.75 | 127.75 |
| 7 | Palisades Collections LLC | 7200-000 | N/A | 1,555.25 | 0.00 | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Nv/GM Card Hsbc Card Srvs Attn: Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Cr Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Cr Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Cr Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | My Cash Now | 7100-000 | 1,326.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Coll | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae 3rd Pty Lsc | 7100-000 | 2,547.00 | N/A | N/A | 0.00 |
| NOTFILED | Option One Mortgage Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 815.00 | N/A | N/A | 0.00 |
| NOTFILED | University Of Phoenix | 7100-000 | 1,967.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae 3rd Pty Lsc | 7100-000 | 452.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae 3rd Pty Lsc | 7100-000 | 2,154.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae 3rd Pty Lsc | 7100-000 | 4,183.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae 3rd Pty Lsc | 7100-000 | 2,339.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Great Lakes Cr Un | 7100-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | Rogers & Hol | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 2,549.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Cr Un | 7100-000 | 999.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Account Receivable Mmgt. of Florida | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| NOTFILED | Friedmans Jewelers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 42,142.00 | 28,170.09 | 26,614.84 | 26,614.84 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-13798  **Trustee:** (330350) EUGENE CRANE
**Case Name:** SAWYER, LATASHA M  **Filed (f) or Converted (c):** 05/30/08 (f)
 **§341(a) Meeting Date:** 06/25/08
**Period Ending:** 06/18/12  **Claims Bar Date:** 03/16/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account with Washington Mutual | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | Savings account with Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Personal used clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Jewlery | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Whole Life Insurance Policy with gerber Life | 149.79 | 0.00 | | 0.00 | FA |
| 7 | 2006 Dodger Charger, 66,000 miles. | 21,325.00 | 0.00 | | 0.00 | FA |
| 8 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | 2006 C 5907 Sexual Harassment Lawsuit | Unknown | 0.00 | | 120,000.00 | FA |
| 15 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 3.44 | FA |
| 16 | Assets  Totals (Excluding unknown values) | **$24,674.79** | **$0.00** | | **$120,003.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/19/2009: Lawsuit pending in Circuit Court. Discovery completed; summary judgment has been filed; plaintiff's responses due end of Feb with defendants replies due end of March.

06/15: follow-up on status of lawsuit
07/06: Debtor has new address, updated in BMS. (dk)
09/28: Rec'd settlement, taxes to be prepared then close case.
12/13: TFR filed

Printed: 06/18/2012 01:48 PM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-13798  
**Case Name:** SAWYER, LATASHA M

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 05/30/08 (f)  
**§341(a) Meeting Date:** 06/25/08  

**Period Ending:** 06/18/12

**Claims Bar Date:** 03/16/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2010  **Current Projected Date Of Final Report (TFR):** December 13, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-13798  
**Case Name:** SAWYER, LATASHA M  
**Taxpayer ID #:** **-***8895  
**Period Ending:** 06/18/12  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/11 | {14} | Ed Fox & Associates | Settlement in Sawyer v. Nicholson et al lawsuit | 1149-000 | 120,000.00 | | 120,000.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 120,000.06 |
| 10/17/11 | 1001 | Latasha Sawyer | Exemption to Debtor | 8100-002 | | 1,800.00 | 118,200.06 |
| 10/27/11 | 1002 | United States Treasury | 2011 Form 1041; EIN#38-6998895 | 2810-000 | | 18,979.00 | 99,221.06 |
| 10/27/11 | 1003 | Illinois Department of Revenue | 2011 Form IL 1041; FEIN#38-6998895 | 2820-000 | | 4,807.00 | 94,414.06 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.01 | | 94,415.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 237.99 | 94,177.08 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.79 | | 94,177.87 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 219.46 | 93,958.41 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.79 | | 93,959.20 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.06 | 93,766.14 |
| 01/12/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 93,791.14 |
| 01/13/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -193.06 | 93,984.20 |
| 01/13/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 25.00 | 93,959.20 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.79 | | 93,959.99 |
| 02/28/12 | 1004 | EUGENE CRANE | Dividend paid 100.00% on $6,561.15, Trustee Compensation;  Reference: | 2100-000 | | 6,561.15 | 87,398.84 |
| 02/28/12 | 1005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $7,659.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 7,659.00 | 79,739.84 |
| 02/28/12 | 1006 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 967.50 | 78,772.34 |
| 02/28/12 | 1007 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $177.02, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 177.02 | 78,595.32 |
| 02/28/12 | 1008 | Sir Finance | Dividend paid 100.00% on $1,789.00; Claim# 1; Filed: $1,789.00; Reference:xxxx8405 | 7100-000 | | 1,789.00 | 76,806.32 |
| 02/28/12 | 1009 | Roundup Funding, LLC | Dividend paid 100.00% on $110.26; Claim# 2; Filed: $110.26; Reference:xxxx5295 | 7100-000 | | 110.26 | 76,696.06 |
| 02/28/12 | 1010 | Nissan-Infiniti LT | Dividend paid 100.00% on $19,583.13; Claim# 3; Filed: $19,583.13; Reference: 863473 | 7200-000 | | 19,583.13 | 57,112.93 |
| 02/28/12 | 1011 | POC  Purchased by PHARIA L.L.C. | Dividend paid 100.00% on $308.00; Claim# 4; Filed: $308.00; Reference: xxxx7490 | 7200-000 | | 308.00 | 56,804.93 |
| 02/28/12 | 1012 | Keynote Consulting | Dividend paid 100.00% on $1,248.99; Claim# 5; Filed: $1,248.99; Reference: 70601 | 7200-000 | | 1,248.99 | 55,555.94 |
| 02/28/12 | 1013 | Palisades Collections LLC | Dividend paid 100.00% on $1,555.25; Claim# 6; Filed: $1,555.25; Reference:xxxx7193 ATT Wireless | 7200-000 | | 1,555.25 | 54,000.69 |
| 02/28/12 | 1014 | Sir Finance | Dividend paid 100.00% on $146.95; Interest | 7990-000 | | 146.95 | 53,853.74 |

Subtotals :   $120,003.44   $66,149.70

{} Asset reference(s)

Printed: 06/18/2012 01:48 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-13798  
**Case Name:** SAWYER, LATASHA M  

**Taxpayer ID #:** **-***8895  
**Period Ending:** 06/18/12  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Claim #1; Filed: $146.95; Reference:xxxx8405 | | | | |
| 02/28/12 | 1015 | Roundup Funding, LLC | Dividend paid 100.00% on $9.06; Interest Claim#2; Filed: $9.06; Reference:xxxx5295 | 7990-000 | | 9.06 | 53,844.68 |
| 02/28/12 | 1016 | Nissan-Infiniti LT | Dividend paid 100.00% on $1,608.56; Interest on Claim #3; Filed: $1,608.56; Reference:863473 | 7990-000 | | 1,608.56 | 52,236.12 |
| 02/28/12 | 1017 | POC Purchased by PHARIA L.L.C. | Dividend paid 100.00% on $25.30; Interest on Claim #4; Filed: $25.30; Reference: xxxx7490 | 7990-000 | | 25.30 | 52,210.82 |
| 02/28/12 | 1018 | Keynote Consulting | Dividend paid 100.00% on $102.59; Interest Claim#5; Filed: $102.59; Reference: 70601 | 7990-000 | | 102.59 | 52,108.23 |
| 02/28/12 | 1019 | Palisades Collections LLC | Dividend paid 100.00% on $127.75; Interest on Claim# 6; Filed: $127.75; Reference: xxxx7193 ATT Wireless | 7990-000 | | 127.75 | 51,980.48 |
| 02/28/12 | 1020 | SAWYER, LATASHA M | Dividend paid 100.00% on $51,980.48; Claim# SURPLUS; Filed: $51,980.48; Reference: | 8200-000 | | 51,980.48 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 120,003.44 | 120,003.44 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 120,003.44 | 120,003.44 | |
| Less: Payments to Debtors | | 53,780.48 | |
| **NET Receipts / Disbursements** | **$120,003.44** | **$66,222.96** | |

| Net Receipts : | 120,003.44 |
|---|---|
| Less Payments to Debtor : | 1,800.00 |
| Net Estate : | $118,203.44 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******06-65 | 120,003.44 | 66,222.96 | 0.00 |
| | $120,003.44 | $66,222.96 | $0.00 |

{} Asset reference(s)